UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JAMES A. CLARKE,                                   electronically filed

                  Plaintiff,          **NOTICE OF APPEARANCE**

   -against-                                       Docket No: 07-cv-11578 (LTS) (MHD)

CATAMOUNT SKI AREA, WILLIAM GILBERT,
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff JAMES A. CLARKE.

I certify that I am admitted to practice in this court.

Dated:  New York, New York
          January 3, 2008

                                              Yours, etc.,

                                               s/ David L. Kremen
                                              David L. Kremen (DK6877)
                                              OSHMAN & MIRISOLA, LLP
                                              Attorneys for Plaintiff James A. Clarke
                                              42 Broadway, 10th Floor
                                              New York, NY 10004
                                              212-233-2100
                                              212-964-8656 (facsimile)