UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JAMES A. CLARKE,                                    electronically filed

                Plaintiff,            **JURY DEMAND**

      -against-                                Docket No: 07-cv-11578 (LTS) (MHD)

CATAMOUNT SKI AREA, WILLIAM GILBERT,
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      PLEASE TAKE NOTICE that the undersigned demands a trial by a jury in the above-entitled

action.

Dated: New York, New York
       January 3, 2008

                                                Yours, etc.,

                                                 s/ David L. Kremen
                                                David L. Kremen (DK6877)
                                                OSHMAN & MIRISOLA, LLP
                                                Attorneys for Plaintiff James A. Clarke
                                                42 Broadway, 10th Floor
                                                New York, NY 10004
                                                212-233-2100
                                                212-964-8656 (facsimile)

TO:    Matthew James Kelly, Esq.
        ROEMER, WALLENS & MINEAUX, L.L.P.
        Attorneys for Defendant
        CATAMOUNT DEVELOPMENT CORPORATION
        13 Columbia Circle
        Albany, NY 12203
        (518) 464-1300
        mjkelly@schnader.com