UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES A. CLARKE,

                                Plaintiff,

   - against -

CATAMOUNT SKI AREA, WILLIAM GILBERT,
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

                                Defendants.
------------------------------------------------------------X

07 CV 11578
(LTS)(MHD)

STIPULATION

***IT IS HEREBY STIPULATED AND AGREED***, that the time for the defendants ZACK LANG, by his mother and natural guardian CARI LANG, and CARI LANG, individually, to appear and to answer, amend or supplement the Answer to the Complaint, as of course, or to make any motion with relation to the Summons or to the Complaint in this action, be and same is hereby extended to and including the *18th of January 2008*.

These defendants waive any jurisdictional affirmative defense.

Dated: New York, New York
       January 10 2008

                                                                DK 6877
                                         ***OSHMAN & MIRISOLA, LLP***
                                         Attorneys for Plaintiffs By David L. Kremen
                                                                RB 7542

                                         ***QUIRK and BAKALOR, P.C.***
                                         Attorneys for Defendants LANG

**SO ORDERED**

_____
            J.S.C.