01/09/2008 17:51 FAX  212 319 1064      QUIRK And BAKALOR PC                    ☐002/002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 16 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JAMES A. CLARKE,

                       Plaintiff,          07 CV 11578
                                     (LTS)(MHD)

  - against -

CATAMOUNT SKI AREA, WILLIAM GILBERT,      STIPULATION
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

                       Defendants.
------------------------------------------------------------X

      ***IT IS HEREBY STIPULATED AND AGREED***, that the time for the defendants ZACK LANG, by his mother and natural guardian CARI LANG, and CARI LANG, individually, to appear and to answer, amend or supplement the Answer to the Complaint, as of course, or to make any motion with relation to the Summons or to the Complaint in this action, be and same is hereby extended to and including the *18th of January 2008*.

      These defendants waive any jurisdictional affirmative defense.

Dated: New York, New York
       January /0 2008

                                               _____ DK 6877
                                               OSHMAN & MIRISOLA, LLP
                                               Attorneys for Plaintiffs By David L. Kremen
                                               Michael Bafkalor RB3542

01/15/2008
                                             QUIRK and BAKALOR, P.C.
SO ORDERED                                Attorneys for Defendants LANG

_____
J.S.C. (U.S.D.J.)

(PART I)