UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------X
JAMES A. CLARKE,

                Plaintiff,            **STIPULATION**

   -against-                     Docket No: 07-cv-11578 (LTS) (MHD)

CATAMOUNT SKI AREA, WILLIAM GILBERT,
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

                Defendants.
------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED between and among the undersigned that the above captioned is hereby remanded to the Supreme Court of the State of New York, County of New York.

    The Clerk of Court shall effectuate the remand and close this matter on the records of this Court.

Dated: New York, New York
        January 29, 2008

_____       _____
David L. Kremen (DK6877)                  Matthew James Kelly, Esq. (MK5773)
OSHMAN & MIRISOLA, LLP              ROEMER, WALLENS & MINEAUX, L.L.P.
Attorneys for Plaintiff James A. Clarke     Attorneys for Defendant Catamount
42 Broadway, 10th Floor                    Development Corporation
New York, NY 10004                      13 Columbia Circle
212-233-2100                                 Albany, NY 12203
212-964-8656 (facsimile)                 (518) 464-1300

_____
Richard Bakalor (RB 3542)
Quirk and Bakalor, P.C.
Attorneys for Defendants Zach Lang, an
Infant by his mother and natural guardian
Cari Lang, and Cari Lang, individually
845 Third Avenue
New York, NY 10022
(212) 319-1000

SO ORDERED

_____
LAURA TAYLOR SWAIN
United States District Judge