UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
------------------------------------------------X
JAMES A. CLARKE,

              Plaintiff,              **STIPULATION** AND ORDER

    -against-                      Docket No: 07-cv-11578 (LTS) (MHD)

CATAMOUNT SKI AREA, WILLIAM GILBERT,
DONALD EDWARDS, CATAMOUNT DEVELOPMENT
CORPORATION, ZACK LANG, an infant by his mother
and natural guardian CARI LANG, and CARI LANG,
individually,

              Defendants.
------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED between and among the undersigned that the above captioned is hereby remanded to the Supreme Court of the State of New York, County of New York.

    The Clerk of Court shall effectuate the remand and close this matter on the records of this Court.

Dated: New York, New York
       January 29, 2008

_____
David L. Kremen (DK6877)
OSHMAN & MIRISOLA, LLP
Attorneys for Plaintiff James A. Clarke
42 Broadway, 10th Floor
New York, NY 10004
212-233-2100
212-964-8656 (facsimile)

_____
Matthew James Kelly, Esq. (MK5773)
ROEMER, WALLENS & MINEAUX, L.L.P.
Attorneys for Defendant Catamount
Development Corporation
13 Columbia Circle
Albany, NY 12203
(518) 464-1300

*[signature]*

Richard Bakalor (RB 3542)
Quirk and Bakalor, P.C.
Attorneys for Defendants Zach Lang, an
Infant by his mother and natural guardian
Cari Lang, and Cari Lang, individually
845 Third Avenue
New York, NY 10022
(212) 319-1000

SO ORDERED

*[signature] 2/13/08*
LAURA TAYLOR SWAIN
United States District Judge